IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>TUPPER INTERIOR SYSTEMS, INC. and CHRISTOPHER J. TUPPER,<br><br>　　　　Defendants,<br><br>　　　　v.<br><br>ERIE BANK and SUMMIT TOWNSHIP,<br><br>　　　　Garnishees. | Civil Action No. 11-0945 |

## JUDGMENT

Pursuant to the Praecipe for Judgment by Admission and Affidavit filed, a Judgment is hereby entered against Erie Bank, Garnishee, in the amount of $1,822.68.

　　　　　　　　　　　　　　　　　　　　_R.V. Barth, Jr._
　　　　　　　　　　　　　　　　　　　　Clerk

_March 14, 2012_
Date

518394.1:LIT