IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>   Plaintiff,<br><br>   v.<br><br>TUPPER INTERIOR SYSTEMS, INC. and CHRISTOPHER J. TUPPER,<br><br>   Defendants,<br><br>   v.<br><br>ERIE BANK and SUMMIT TOWNSHIP,<br><br>   Garnishees. | Civil Action No. 11-0945 |

## CONSENT TO PROPOSED ORDER

  Plaintiff, Carpenters Combined Funds, Inc., by its attorneys, Tucker Arensberg, P.C., hereby consent to the Proposed Order attached to Garnishee Erie Bank's Motion to Alter or Amend Judgment.

              TUCKER ARENSBERG, P.C.


              By:  /s/  Jeffrey J. Leech
                 Jeffrey J. Leech, Esquire
                 Pa ID# 19814
                 Neil J. Gregorio, Esquire
                 Pa ID# 90859
                 Attorneys for Plaintiff

LIT:520381-1 010342-152312