IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARPENTERS COMBINED FUNDS, INC., BY JAMES R. KLEIN, ADMINISTRATOR | : : | |
| Plaintiff | : | No. 11-0945 |
| vs. | : | |
| TUPPER INTERIOR SYSTEMS, INC and CHRISTOPHER J. TUPPER, | : : | |
| Defendants | : | |
| and | : | |
| ERIEBANK and SUMMIT TOWNSHIP, | : | |
| Garnishees | : | |

ORDER

AND NOW, this 31st day of March, 2012, upon consideration of Garnishee ERIEBANK's Motion to Alter or Amend Judgment, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. By virtue of a valid recorded assignment of rents provision in Defendant's mortgage, Garnishee ERIEBANK held a valid first lien and security interest in $551.33 contained in Checking Account #XXX8528 on January 30, 2012.

THEREFORE, Judgment entered on March 14, 2012 in favor of Plaintiff is hereby amended to state that it may only be satisfied with funds not subject to ERIEBANK's lien.

BY THE COURT,

/s/ Joy Flowers Conti
United States District Judge