IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CARPENTERS COMBINED FUNDS, INC., By JAMES R. KLEIN, Administrator,<br><br>    Plaintiff,<br><br>vs.<br><br>TUPPER INTERIOR SYSTEMS, INC. and CHRISTOPHER J. TUPPER,<br><br>    Defendants. | )<br>)<br>) Civil Action No. 11-0945<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SATISFACTION OF JUDGMENT

TO: Clerk of Courts

    Please satisfy the judgments entered against Defendants, Tupper Interior Systems, Inc. and Christopher J. Tupper, in the above-captioned action.

                                          TUCKER ARENSBERG, P.C.


                                          By  *s/ Jeffrey J. Leech*
                                          Jeffrey J. Leech, Esquire
                                          Pa ID#19814
                                          Attorneys for Plaintiff

                                          1500 One PPG Place
                                          Pittsburgh, PA 15222
                                          (412) 566-1212

Lit-530664.1:010342-152312